UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM MISIEWICZ,<br><br>　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-01419-MMD-VCF<br><br>ORDER |

This removed prisoner civil rights case comes before the Court on plaintiff's motion to extend his copy credit limit (dkt. no. 16), motion for a pretrial conference (dkt. no. 20), and motion for entry of a clerk's default (dkt. no. 22).

The motion for a pretrial conference (dkt. no. 20) and motion for entry of a clerk's default (dkt. no. 22) will be denied as premature. The amended complaint (dkt. no. 17) must be screened under the Prison Litigation Reform Act prior to any order directing, among other things, a response from the defendants or other proceedings. The amended complaint in this matter is in line for screening behind other prisoner actions that have been pending longer than plaintiff's case. Plaintiff's continued filing of frivolous motions such as these motions delays rather than expedites the screening of pleadings both in his and other cases.

The motion to extend plaintiff's legal copy credit limit at the institution (dkt. no. 16) will be denied without prejudice. The Court does not approve blanket requests to raise the $100.00 prison copy credit limit. Plaintiff has not demonstrated pauper status on the record currently before this Court in this removed case, has not attached with the

motion a copy of a denial of a legal copy request based upon his having exceeded the credit limit, and has not identified a specific amount of copy credit needed for a particular purpose. Meanwhile, plaintiff's multiple recent filings in this matter reflect an ability to access the Court extensively with the resources currently available to him.

It is therefore ordered that plaintiff's motion for a pretrial conference (dkt. no. 20) and motion for entry of a clerk's default (dkt. no. 22) are denied.

It is further ordered that plaintiff's motion to extend his copy credit limit (dkt. no. 16) is denied without prejudice.

DATED THIS 22nd day of January 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE