UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| WILLIAM MISIEWICZ, | Case No. 2:13-cv-01419-MMD-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Defendant. | |

Court mail has been returned from the last institutional address given by plaintiff, with a notation reflecting that he no longer is in custody. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address, this action shall be dismissed without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 19th day of June 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE